IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMETT COOLEY a/k/a JAMES COOLEY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:08-cv-313-MEF ) |
| PRISON HEALTH SERVICES, INC., *et al.*, | ) (WO) ) ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion to Continue (Doc. #47) and Defendants' Response (Doc. #48) supporting that motion, it is hereby

ORDERED that

(1) The Amended Scheduling Order entered September 3, 2009 (Doc. #44) is VACATED. The pretrial conference and trial term setting in this case are CONTINUED indefinitely; and

(2) The parties are hereby ORDERED to file a jointly prepared report on the status of the health of Plaintiff's counsel Julian P. Hardy, Jr. The first such report shall be filed on **February 2, 2010**, and the parties shall thereafter file a jointly prepared report **on the first Tuesday of every month** until such time as the health of Plaintiff's counsel allows the case to resume. The jointly prepared status report shall indicate the status of the health of

Plaintiff's counsel *and* the expected date he will be able to resume activity in this matter.

DONE this the 4th day of January, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE