IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMMETT COOLEY a/k/a JAMES COOLEY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:08-cv-313-MEF |
| PRISON HEALTH SERVICES, INC., *et al.*, | ) ) ) ) | (WO) |
| Defendants. | ) | |

**O R D E R**

The Court hereby ORDERS that a status conference is set in this case for Thursday, March 25, 2010, at 11:00 a.m. by conference call arranged by counsel for Plaintiff. Counsel should be prepared to discuss potential trial settings in this case.

DONE this the 23rd day of March, 2010.

                                                    /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE