IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMETT COOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-313-MEF |
| | ) |
| PRISON HEALTH SERVICES, | ) (WO- DO NOT PUBLISH) |
| INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that a telephone status conference is set in this case for March 31, 2011 at 8:30 AM. arranged by counsel for plaintiff.

Done this the 16th day of March, 2011.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE