IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMETT COOLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:08-cv-313 ) |
| PRISON HEALTH SERVICES, INC., *et al.*, | ) (WO- DO NOT PUBLISH) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court, it is hereby ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 28th day of April, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE